

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHARIPOV KHURSAND,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center,

Respondent.

Case No.:  26-cv-2183-CAB-JLB

**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner Sharipov Khursand has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  [Doc. No. 1.]  This is his second habeas petition.  In his first petition, this Court ordered Respondents to provide Petitioner a bond hearing.  [Case No. 3:26-cv-845-CAB-JLB at Doc. No. 5.]  Petitioner subsequently received a bond hearing on March 11, 2026; the Immigration Judge ("IJ") denied bond finding Petitioner was a flight risk. [*Id.* at Doc. No. 6-1.]

Petitioner has now filed a new petition challenging the IJ's denial of bond.  The Court **DISMISSES** the Petition without ordering a response because, as the Ninth Circuit has explained, the proper avenue to challenge an IJ's bond determination is by appeal of the decision to the Board of Immigration Appeals:

[Petitioner] pursued habeas review of the IJ's adverse bond determination

1

before appealing to the BIA.  This short cut was improper.  [Petitioner] should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision.

*Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

The Clerk of the Court shall close the case.

It is **SO ORDERED.**

Dated:  April 13, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

26-cv-2183-CAB-JLB